**Parrish, Movant, v. COMMONWEALTH, Opposed.**

Jan. 29, 1943.

W. E. Jones and J. R. White for movant.

Hubert Meredith, Attorney General, Frank A. Logan, Assistant Attorney General, M. O. Scott and Brents Dickinson, Jr., for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**William POWELL, Movant, v. Robert FARLEY, Opposed.**

Feb. 5, 1943.

Joe S. Garman for movant.

G. D. Milliken, Sr., opposed.

PER CURIAM.

Motion for appeal denied; judgment affirmed.

**Lee L. WARE et al., Movants, v. Essie P. WARE'S ADM'R et al., Opposed.**

Feb. 9, 1943.

Rogers & Rogers for movant.

John H. Klette, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.